## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| COUNTRY STEVENS, | ) | 3:12-cv-00010-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 30, 2012 |
| | ) | |
| DAVID A. MAR, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's "Motion for Order of Free Medical Records." (Doc. #24.) Therein plaintiff seeks to obtain records concerning his diagnoses of "Periferul Nuropothy" (sic), a stomach hernia and his cataracs (sic).  He submits "he has no other available avenue to provide this needed information/documentation." *Id.*

Defendants have opposed plaintiff's motion (Doc. #25), correctly noting that while plaintiff's complaint is limited to claims relating to his alleged hernia, he is seeking copies of records relating to two other alleged medical conditions which are not the subject of this lawsuit.  It is the understanding of the court that plaintiff can obtain copies of his medical records for use in court proceedings as outlined in NDOC Administrative Regulation 639 and Medical Directive 707.  Those regulations allow plaintiff to review his medical records by means of a "medical kite."  Plaintiff can make copies of records to be used and can charge those copies to his departmental account.

Plaintiff's motion (Doc. #24) is therefore **DENIED.**

   **IT IS SO ORDERED.**

                                                              LANCE S. WILSON, CLERK

                                                       By:       /s/
                                                                Deputy Clerk