# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COUNTRY J. STEVENS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DAVID A. MAR,<br><br>　　　　　Defendant. | CASE NO.: 3:12-CV-00010-RCJ-WGC<br><br>**ORDER** |

Before the Court is the Report and Recommendation (#53) entered on May 16, 2013. Plaintiff filed his Objections to United States Magistrate Judge's Report and Recommendation (#57) on July 16, 2013, and Defendant filed a response (#58) to Plaintiff's objections on August 1, 2013.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#53) entered on May 16, 2013, is adopted and accepted.

IT IS HEREBY ORDERED that Plaintiff's sur-reply (#51) is STRICKEN.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED. The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

Dated: This 30th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT CHIEF JUDGE